UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAM PARKASH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONDOLEEZZA RICE, Secretary of State of the United States, et al.<br><br>　　　　Defendants. | Case Number: 1:07CV02298(RJL) |

NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: December 27, 2007

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　  /s/ Robin M. Meriweather
　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar. # 490114
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　Phone: (202) 514-7198   Fax: (202) 514-8780
　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov