AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

OAM PARKASH
2901 Gem Circle
Austin, TX 78704,

**SUMMONS IN A CIVIL CASE**

V.

CONDOLEEZZA RICE, Sec. of State of the U.S., and
MICHAEL B. MUKASEY, Attorney General of the U.S., and
ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations, and
EMILIO T. GONZALEZ, Dir. of U.S. Citizenship and Immigration Services, and
PAUL E. NOVAK, JR., Dir. USCIS Vermont Service Center, and
EVELYN C. UPCHURCH, Dir. USCIS Texas Service Center.

Case: 1:07-cv-02298
Assigned To : Leon, Richard J.
Assign. Date : 12/21/2007
Description: TRO/PI

TO: (Name and address of Defendant)

Dr. EMILIO T. GONZALEZ
Director, U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
20 Massachusetts Avenue, N.W.,
Washington, D.C. 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DEC 21 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 26, 2007 |
| NAME OF SERVER (PRINT) Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Federal Express Delivery

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 27, 2007        *Signature of Server*
           Date
                                     Murthy Law Firm
                                     10451 Mill Run Circle, Suite 100
                                     Owings Mills, MD 21117

                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Brian Green**

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, December 26, 2007 11:12 AM
**To:** Brian Green
**Subject:** FedEx Shipment 952639382316 Delivered

This tracking update has been requested by:

Company Name:           LAW OFFICE OF SHEELA MURTHY
Name:                   ATTORNEY -BRIAN GREEN
E-mail:                 BRIANG@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:              PARKASH BG/MB
Ship (P/U) date:        Dec 21, 2007
Delivery date:          Dec 26, 2007 11:09 AM
Sign for by:            C.NEMETH
Delivered to:           Receptionist/Front Desk
Service type:           FedEx Standard Overnight
Packaging type:         Your Packaging
Number of pieces:       1
Weight:                 1.00 lb.
Special handling/Services: Deliver Weekday

Tracking number:        952639382316

Shipper Information                  Recipient Information
ATTORNEY -BRIAN GREEN                DR. EMILIO T. GONZALEZ;
LAW OFFICE OF SHEELA MURTHY          DIRECTOR
10451 MILL RUN CIRCLE;STE. 100       U.S. CITIZENSHIP & IMMIGRATION
OWINGS MILLS                         SERV
MD                                   U.S. DEPT OF HOMELAND
US                                   SECURITY;20 MASSACHUSETTS
21117                                AVENUE, N.W.
                                     WASHINGTON
                                     DC
                                     US
                                     20529

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:12 AM CST
on 12/26/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

12/26/2007