AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

OAM PARKASH,
2901 Gem Circle,
Austin, TX 78704,

**SUMMONS IN A CIVIL CASE**

V.

CONDOLEEZZA RICE, Sec. of State of the U.S., and
MICHAEL B. MUKASEY, Attorney General of the U.S., and
ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations, and
EMILIO T. GONZALEZ, Dir. of U.S. Citizenship and Immigration Services, and
PAUL E. NOVAK, JR., Dir. USCIS Vermont Service Center, and
EVELYN C. UPCHURCH, Dir. USCIS Texas Service Center.

Case: 1:07-cv-02298
Assigned To : Leon, Richard J.
Assign. Date : 12/21/2007
Description: TRO/PI

TO: (Name and address of Defendant)

Paul E. Novak, JR., Director
Vermont Service Center
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
75 Lower Welden Street
St. Albans, V.T. 05479-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    DEC 21 2007

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>December 24, 2007 |
| NAME OF SERVER (PRINT)<br>Brian S. Green | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): __Federal Express Delivery__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 27, 2007
               Date

*Signature of Server*
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

### Brian Green

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, December 24, 2007 9:36 AM
**To:** Brian Green
**Subject:** FedEx Shipment 952639382349 Delivered

---

This tracking update has been requested by:

Company Name:          LAW OFFICE OF SHEELA MURTHY
Name:                  ATTORNEY -BRIAN GREEN
E-mail:                BRIANG@MURTHY.COM

---

Our records indicate that the following shipment has been delivered:

Reference:                  PARKASH BG/MB
Ship (P/U) date:            Dec 21, 2007
Delivery date:              Dec 24, 2007 9:27 AM
Sign for by:                A.STANLY
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Standard Overnight
Packaging type:             Your Packaging
Number of pieces:           1
Weight:                     3.00 lb.
Special handling/Services:  Deliver Weekday

Tracking number:            952639382349


Shipper Information                  Recipient Information
ATTORNEY  BRIAN GREEN                PAUL E. NOVAK, JR., DIRECTOR
LAW OFFICE OF SHEELA MURTHY          VT SERVICE CENTER
10451 MILL RUN CIRCLE;STE. 100       US CITIZENSHIP & IMMIGRATION
OWINGS MILLS                         SERVIC;75 LOWER WELDEN STREET
MD                                   ST ALBANS
US                                   VT
21117                                US
                                     054790001


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:35 AM CST
on 12/24/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

12/24/2007