UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OAM PARKASH,<br>2901 Gem Circle,<br>Austin, TX 78704,<br><br>　　　　Plaintiff,<br>v.<br><br>CONDOLEEZZA RICE, Secretary of<br>State of the United States, et al.,<br><br>　　　　Defendants. | )<br>)<br>) STIPULATION OF DISMISSAL<br>)<br>) CASE NUMBER 1:07-cv-02298 (RJL)<br>)<br>) AGENCY CASE NO. A098-586-297<br>)<br>) JUDGE RICHARD J. LEON<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

*/s/ Jeffrey A. Taylor/dak*
JEFFREY A. TAYLOR, D.C. # 598610
United States Attorney

*/s/ Rudolph Contreras/dak*
RUDOLPH CONTRERAS, D.C. # 434122
Assistant U.S. Attorney

*/s/ Aron A. Finkelstein/*
Aron A. Finkelstein, Esquire
D.C. Bar No. MD25590
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440

Counsel for Plaintiff

*/s/ Robin M. Meriweather/*
Robin M. Meriweather, D.C # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7198

Counsel for Defendants